From: **InDebted** <customersupport-us+fl@indebted.co>
Date: Fri, Dec 29, 2023 at 9:09 PM
Subject: Your Klarna account has been outsourced to InDebted USA
To: Amber Perry <amberperry30@gmail.com>



Dear Amber,

Our client, Klarna, has placed your account(s) with us to assist you in resolving your below noted outstanding balance.

We are a collection agency hired by Klarna to work on their behalf to help resolve your outstanding balance.

Please find below a summary of your account(s) and balance:

| | |
|---|---|
| **Company:** | **Klarna** |
| Customer ref: | 540e2cef-f597-5734-b1b7-91a2c8243191 |
| Original Balance: | USD 34.16 |
| Interest: | USD 0.00 |
| Fees: | USD 14.00 |
| **Outstanding balance:** | **USD 48.16** |

Request payment link

## Account breakdown

| | |
|---|---|
| Account reference: | US;slice_it_by_card_regulated;405ce20f-c6e6-449d-8f4e-a6bf7c1909c1 |
| Originating date: | Sep 16 2023 |
| Original Balance: | USD 34.16 |
| Interest: | USD 0.00 |
| Fees: | USD 14.00 |
| Paid Amount: | N/A |
| Total amount of the debt now: | **USD 48.16** |

Kind Regards,
**Gary Herman**

**InDebted USA Inc.**

P.O. Box 1201 Farmington, MO 63640

customersupport-us+fl@indebted.co

Toll-Free Telephone Number: +1 888 306 3160

www.indebted.co

FAQ

Click here to opt out of further emails for this account.

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please read below for important disclosures.

Unless you notify us within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, we will assume this debt is valid. If you notify us in writing within 30 days from receiving this notice that you dispute all or any portion of this debt, we will obtain verification of the debt or obtain a copy of a judgment and send you a copy of such verification or judgment. You may also request in writing within 30 days of receiving this notice that we provide you with the name and address of the original creditor, if different from the original creditor.

You can view your Privacy Rights and State Disclosures by visiting these URLs: https://www.indebted.co/en-us/privacy-policy, https://www.indebted.co/en-us/state-disclosures.

Should you have any questions or would like further information regarding your outstanding balance please email customersupport-us@indebted.co or call us at +1 888 306 3160.

Our operating hours are Monday – Friday: 9 am ET to 6 pm ET.